Sarah Shapero (Bar No. 286748)
Brooke Brewer (Bar No. 352036)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:   (415)273-3504
Facsimile:    (415)273-3508

Attorneys for Plaintiffs,
STEPHEN MEYERS
LAUREN MEYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MEYERS, an individual; and LAUREN MEYERS, an individual;<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FREEDOM MORTGAGE CORPORATION; and DOES 1-50, inclusive.<br><br>　　　　　　Defendants. | Case No.: 2:24-cv-0159<br><br>**NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**<br><br>Date: December 5, 2024<br>Time: 10:00 am<br>Crtrm: 8B |

TO THE COURT, ALL PARTIES, AND THEIR COUNSELS OF RECORD:

NOTICE IS HEREBY GIVEN that on December 5, 2024 at 10:00 am in Courtroom 8B or as soon thereafter as the matter can be heard in Courtroom 8B, 8th Floor of the above-mentioned court, located 350 West First Street, Los Angeles, CA, 90012, Sarah Shapero, of the Shapero Law Firm, counsel of record for Plaintiff herein, will move this Court for an Order allowing the Shapero Law Firm to withdraw as counsel of record in this matter, as set forth below.

　　　　Pursuant to Civil L.R. 11-5, the Shapero Law Firm hereby moves the Court for an order allowing the firm to withdraw as counsel of record and allowing Plaintiff to proceed in pro per. In accordance with Local Rule 11-5(b), if withdrawal is permitted, the undersigned will continue to

forward any and all parties in this matter to Plaintiffs until such time as Plaintiffs appear by other counsel or pro se.

Counsel respectfully submits that said withdrawal of counsel is in the interest of justice and will not prejudice Plaintiffs. There is a Final Pretrial Conference is set for 7/23/2025 at 9:00 AM. Counsel respectfully requests that the Court enter an order reflecting the withdrawal of counsel and change of status to pro per, and that all necessary changes be made to the Court's records so that future communications regarding this case be directed to the following:

Stephen and Laura Meyers: 4833 Blackthorne Ave Long Beach, CA 90808.

This motion is not made for purposes of delay or any other purpose.

WHEREFORE, Counsel respectfully request this Court enter its Order permitting substitution of counsel for Plaintiffs and update the Court's records and ECF by removing the Shapero Law Firm as counsel of record and substituting Plaintiffs in pro per persona in its place.

DATED: October 16, 2024                     Respectfully submitted,

                                                   SHAPERO LAW FIRM

/s/ Sarah Shapero
Sarah Shapero, Esq.
Brooke Brewer, Esq.
Attorneys for Plaintiffs
STEPHEN MEYERS
LAUREN MEYERS