Sarah Shapero (Bar No. 286748)
Brooke Brewer (Bar No. 352036)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:    (415)273-3504
Facsimile:    (415)273-3508

Attorneys for Plaintiffs,
STEPHEN MEYERS
LAUREN MEYERS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN MEYERS, an individual; and LAUREN MEYERS, an individual;<br><br>      Plaintiffs,<br><br>      v.<br><br>FREEDOM MORTGAGE CORPORATION; and DOES 1-50, inclusive.<br><br>      Defendants. | Case No.:  2:24-cv-0159<br><br>**DECLARATION OF SARAH SHAPERO IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**<br><br>Date: December 5, 2024<br>Time: 10:00 am<br>Crtrm: 8B |

1

I, SARAH SHAPERO, do declare and state:

1. I am the Managing Partner at the Shapero Law Firm, counsel for Plaintiff herein.  I have personal knowledge of the following facts and, if called as a witness I could, and would, competently testify as to their veracity.

2. My office has had a breakdown in communication with the client such that my firm's attempts to contact Plaintiff have been unsuccessful for some time.

3. Plaintiff has been notified and will be served of this document herein.

I declare under penalty of perjury that the foregoing is true and correct.  Executed October 16, 2024 in San Francisco, California.

_____*/s/ Sarah Shapero*_____
SARAH SHAPERO

DECLARATION OF SARAH SHAPERO IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL