1  Sarah Shapero (Bar No. 286748)
   Brooke Brewer (Bar No. 352036)
2  SHAPERO LAW FIRM
   100 Pine St., Ste. 530
3  San Francisco, CA 94111
   Telephone:    (415)273-3504
4  Facsimile:    (415)273-3508

5  Attorneys for Plaintiffs,
   STEPHEN MEYERS
6  LAUREN MEYERS

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10  STEPHEN    MEYERS,   an   individual;   and  | Case No.:  2:24-cv-0159
    LAUREN MEYERS, an individual;
11
                                                 |
12            Plaintiffs,                          **[PROPOSED] ORDER**

13         v.                                      Date: December 5, 2024
                                                   Time: 10:00 am
14  FREEDOM   MORTGAGE   CORPORATION;              Crtrm: 8B
    and DOES 1-50, inclusive.
15
              Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

                                    1

# [PROPOSED] ORDER

The Court has reviewed the foregoing Motion to be Relieved as Counsel submitted by Plaintiff's counsel, the Shapero Law Firm.

IT IS HEREBY ORDERED THAT:

Plaintiff's Counsel's Motion to be Relieved as Counsel is granted.

IT IS SO ORDERED.

Dated:

_____
Honorable United District Court Judge

[PROPOSED] ORDER