Sarah Shapero (Bar No. 286748)
Brooke Brewer (Bar No. 352036)
SHAPERO LAW FIRM
100 Pine St., Ste. 530
San Francisco, CA 94111
Telephone:    (415)273-3504
Facsimile:     (415)273-3508

Attorneys for Plaintiffs,
STEPHEN MEYERS
LAUREN MEYERS

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| STEPHEN MEYERS, an individual; and LAUREN MEYERS, an individual; | Case No.: 2:24-cv-0159 |
|---|---|
| Plaintiffs, | PROOF OF SERVICE |
| v. | |
| FREEDOM MORTGAGE CORPORATION; and DOES 1-50, inclusive. | |
| Defendants. | |

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action. My business address is 100 Pine St., Ste. 530, San Francisco, CA 94111.

On October 16, 2024, I served the foregoing document described as:

- **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL**
- **DECLARATION OF SARAH SHAPERO IN SUPPORT OF MOTION TO BE RELIEVED AS COUNSEL**
- **[PROPOSED] ORDER**

On all interested parties in this action by email as stated on the following parties:

- Jonathan B. Serrano: jonathan.serrano@dinsmore.com
- Sarah S. Mattingly: sarah.mattingly@dinsmore.com

   **[X] VIA ECF.**

- **Stephen Meyers: bro.meyers@gmail.com**
   **4833 Blackthorne Ave Long Beach, CA 90808**

   **[X] VIA EMAIL and U.S. MAIL.**

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on October 16, 2024 at San Francisco, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Mary Lynch_
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARY LYNCH