1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION**

10

11                                              | CASE NO. CV 24-01529-MEMF (ASx)

STEPHEN MEYERS, et. al.,

12                                              | **ORDER ACCEPTING FINDINGS,**
                                                 **CONCLUSIONS AND RECOMMNEDATIONS**

13                          Plaintiffs,         **OF UNITED STATES MAGISTRATE**
                                                 **JUDGE [ECF NOS. 59, 63]**

14

15                              v.

16   FREEDOM MORTGAGE CORPORATION,
     et. al.,

17

18                          Defendants.

19

20        Pursuant to 28 U.S.C. section 636, the Court has reviewed the

21   Report and Recommendation of a United States Magistrate Judge to

22   which no objections were filed. Accordingly, the Court concurs with

23   and accepts the findings and conclusions of the Magistrate Judge.

24

25        **IT IS ORDERED** that Judgment shall be entered DISMISSING this

26   action with prejudice.

27

28

1        **IT IS FURTHER ORDERED** that the Clerk serve copies of this

2   Order and the Magistrate Judge's Report and Recommendation on

3   Plaintiffs.

4

5        DATED: August 20, 2025

6

7        _____

8        MAAME EWUSI-MENSAH FRIMPONG
         UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28