JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| STEPHEN MEYERS, et. al., | CASE NO. CV 24-01529-MEMF (ASx) |
| | **JUDGMENT** |
| Plaintiffs, | |
| v. | |
| FREEDOM MORTGAGE CORPORATION, et. al., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, **IT IS ADJUDGED** that the above-captioned case is dismissed with prejudice.

DATED: August 20, 2025

_____
MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE